**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| Grace M. Goodeagle et al., | ) | |
| | ) | |
| Plaintiffs, | ) | No. 12-431L |
| | ) | |
| v. | ) | Hon. Thomas C. Wheeler |
| | ) | |
| United States, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Quapaw Tribe of Oklahoma (O-Gah-Pah), | ) | |
| a federally recognized Indian nation, | ) | No. 12-592L |
| | ) | |
| Plaintiff, | ) | Hon. Thomas C. Wheeler |
| v. | ) | |
| | ) | |
| United States, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| Thomas Charles Bear et al., | ) | |
| | ) | |
| Claimants, | ) | No. 13-51X |
| | ) | |
| v. | ) | Hon. Thomas C. Wheeler |
| | ) | |
| United States, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFFS/CLAIMANTS' TRIAL WITNESS LIST**

In accordance with the Court's Pretrial Order dated November 5, 2015 and

Appendix A ¶ 15, Plaintiffs/Claimants (collectively, "the Quapaw") submit the following

list of witnesses who the Quapaw will or may call to testify at trial with the exception of

those witnesses who may be called for rebuttal. In addition, the Quapaw reserve the right

to call any witness listed on the Government's witness list.

**Witnesses who will testify:**

1.     **Honorable Morris Arnold**
       P.O. Box 2060
       Little Rock, AR  72203
       Telephone:  (Contact through Quapaw counsel)

       Estimated time for direct examination: 30 minutes.

       Eighth Circuit Court of Appeals Judge Arnold is a noted historian of early

Quapaw history. Judge Arnold will testify about the history of the Quapaw and their

vigorous efforts to protect the Quapaw as a tribal sovereign nation, and how the Quapaw

successfully defended against foreign powers, including the English, French, and the

Spanish, but the might and large population of the United States ultimately overwhelmed

the Quapaw. He will also testify about the importance of the Tribe's ability to exercise its

sovereignty over tribal land, and how that sovereignty allows the Quapaw culture to

continue. Judge Arnold will testify as to any other matters covered in his expert report

and deposition.

2.     **Dr. David Baird**
       Pepperdine University
       24255 Pacific Coast Highway
       Malibu, CA  90263
       Telephone:  (Contact through Quapaw counsel)

       Estimated time for direct examination: 60 minutes.

       Dr. David Baird is the Howard A. White Professor and Dean Emeritus of Seaver

College at Pepperdine University, the former head of the History Department at

Oklahoma State University, and a former Professor of History at the University of

Arkansas. Dr. Baird's life work has focused on the history of Oklahoma and its Indian

tribes, including the Quapaw, about whom he has written the definitive history. Dr. Baird

will testify about the unique history of the Quapaw, their strong cultural, spiritual, and

economic relationship with the land. Dr. Baird will testify as to any other matters as are

covered in his expert report and deposition.

3.      **Thomas Charles Bear**
        211 "B" Street, S.E.
        Miami, OK  74354
        Telephone:  (Contact through Quapaw counsel)

        Estimated time for direct examination: 30 minutes.

        Mr. Thomas Charles ("T.C.") Bear is a member of the Quapaw Tribe. Mr. Bear

will testify about he and his family's ownership of chat, and how the BIA's management

of chat and chat sales have been consistently poor to the detriment of Mr. Bear and his

family. Mr. Bear owns agricultural and town lots, and he will testify about his

longstanding problems with non-collection of rents. Mr. Bear will testify as to any other

matters covered in his deposition.

4.      **John L. Berrey, Chairman**
        Quapaw Tribe of Oklahoma (O-Gah-Pah)
        P.O. Box 765
        Quapaw, OK  74363
        Telephone:  (Contact through Quapaw counsel)

        Estimated time for direct examination: 2.5 hours.

        Mr. John L. Berrey is Chairman of the Quapaw Tribe and has served in that

capacity since 2002. Chairman Berrey will testify about the Quapaw Analysis, including

the Tribe's lawsuit for an accounting, the Settlement Agreement that led to the creation of

the Quapaw Analysis, creation of the Quapaw Information Systems, Inc., and oversight

of the Quapaw Analysis Project by the Office of Historic Trust Accounting at the Interior

Department and the U.S. Department of Justice and the decision to pursue this litigation.

He will also testify about document collection conducted in connection with preparation

of the Quapaw Analysis. Chairman Berrey will also testify about the Tribe's efforts to

participate in the federal land buy back program, the Interior Department's refusal to

allow the Tribe to participate in that program, the financial impacts of that decision on the

Tribe, and what land consolidation means to the Quapaw and tribal sovereignty. The

Chairman will testify about federal mismanagement of tribal resources, including chat

and tribal realty, and other factual issues as they relate to the claims in this case,

including the Tribe's claims. The Chairman will also testify about how the Tribe has

struggled with the massive environmental mess the BIA have left at the Tar Creek

Superfund Site, discussing how a large portion of the original Quapaw Reservation is

contaminated—which means that the majority of the Tribe's trust and restricted Indian

lands (Quapaw Indian Country) are contaminated. Finally, Chairman Berrey will testify

about the Tribe's efforts to clean up the contaminated areas, and its own initiatives to

improve the lives of the Quapaw through economic initiatives to benefit Quapaw tribal

members, and other issues related to self-governance. Chairman Berrey will testify as to

any other matters covered in his deposition.

5.      **Dr. Chris Breeds**
        SubTerra, Inc.
        218 E. North Bend Way

North Bend, WA  98045
Telephone:  (Contact through Quapaw counsel)

Estimated time for direct examination: 90 minutes.

Dr. Chris Breeds obtained his degree in mining engineering and his doctorate in mining engineering rock mechanics from the University of Nottingham, United Kingdom. From 2004 to 2006, Dr. Breeds was a member of the Tar Creek Task Force, serving as an expert on mine subsidence. As part of his work on this project, he and his company SubTerra, Inc., digitized several hundred mine maps representing over 50 separate underground mines beneath Quapaw land, and has studied extensively the issue of subsidence and mine collapses in this area. Dr. Breeds will testify about how prudent management of mining activities on the Quapaw land would have avoided subsidence and other environmental damage to the Quapaw's land, and how the mismanagement of mining leases resulted in undercollection of mining royalties owed to the Quapaw and inadequate royalty provisions in their mining leases. Dr. Breeds will testify as to any other matters covered in his expert and rebuttal reports and deposition.

6.   **John Dalgarn**
     P.O. Box 1515
     Miami, OK  74355
     Telephone: (Contact through Quapaw counsel)

Estimated time for direct examination: 30 minutes.

From 1978 to 1999, Mr. John Dalgarn was employed by the Bureau of Indian Affairs (BIA) as a Realty Specialist, working first in the Muskogee Area Office and in 1981, reassigned to work at the Miami Agency. Mr. Dalgarn will testify that the BIA only collected a fraction of the rental fees it should have collected on the Quapaw's town lots,

and that even for the fees the agency did collect, the rental rates were below fair market

rental value. Mr. Dalgarn will testify as to any other matters covered in his expert report,

rebuttal report, and deposition.

7.    **Dr. John Duffield**
      Bioeconomics, Inc.
      240 North Higgins Ave., Suite 14
      Missoula, MT  59802
      Telephone:  (Contact through Quapaw counsel)

      Estimated time for direct examination: 1.5 hour.

Dr. John Duffield has a degree in economics from Northwestern University and

obtained his doctorate from Yale, where he specialized in natural resource economics. He

is a former research professor in the Departments of Economics and Mathematical

Sciences at the University of Montana, where he taught and conducted research. Dr.

Duffield also heads a natural resource economics research firm, Bioeconomics, Inc. He

will testify about the monetary damages associated with the loss of Quapaw aquatic,

terrestrial, and groundwater resources caused by mining contamination in or near the Tar

Creek Superfund site. Dr. Duffield will testify as to any other matters covered in his

expert and rebuttal reports and deposition.

8.    **Stephen Elsberry, ARA**
      2020 N. Crescent Dr.
      Stillwater, OK  74075
      Telephone:  (Contact through Quapaw counsel)

      Estimated time for direct examination: 30 minutes.

Mr. Stephen Elsberry worked as a real estate appraiser for the Bureau of Indian

Affairs and the Office of the Special Trustee for American Indians for 32 years before

retiring. From 1975 to1980, Mr. Elsberry worked at the Miami Agency, preparing

appraisals for the BIA on lands belonging to the Quapaw, including rights-of-way,

agricultural, residential, and commercial rentals. Mr. Elsberry also prepared the 1978

appraisal that was relied on by the QIS team in preparing the town lots determination

contained in the Quapaw Analysis. Mr. Elsberry will testify to any other matters covered

in his expert and rebuttal reports and deposition.

9.    **Peter A. Ferriero**
      Rocky Hill Advisors
      7 Essex Green Dr.
      Peabody, MA  01960
      Telephone:  (Contact through Quapaw counsel)

      Estimated time for direct examination: 1 hour.

      Mr. Peter Ferriero obtained his degree at the Salem State College, and is licensed

by the State of Massachusetts to work as a security agent and investment advisor. Mr.

Ferriero has 25 years of experience as a financial consultant with Solomon Smith Barney

and Merrill Lynch. He has also been involved in detailing accounting and economic

investment analysis for use in calculating damages in Indian breach of trust cases,

including cases in this Court. Mr. Ferriero will testify about his work in valuing the

damages related to the imprudent investment of collected funds for the claims in this

litigation, and he will testify about how he developed the investment model used to

calculate investment earnings for the Quapaw trust funds. Mr. Ferriero will testify to any

other matters covered in his expert and rebuttal reports and deposition.

10.   **Grace M. Goodeagle**
      124 Cardinal Lane
      Commerce, OK  74339

Telephone:  (Contact through Quapaw counsel)

Estimated time for direct examination: 30 minutes.

Ms. Grace M. Goodeagle is the former Chairwoman of the Quapaw Tribe. Ms.

Goodeagle and her family own restricted land, and she will testify about the problems she

and her family have experienced in connection with BIA's management of their land and

trust assets. Ms. Goodeagle will also testify about the impact of contamination on the

Quapaw Tribe and how that contamination has adversely affected the Quapaw's

relationship with their land.

11.   **William Harvey, CCIM, MAI**
      W.C.H. & Associates
      Great Falls, VA  22066
      Telephone:  (Contact through Quapaw counsel)

Estimated time for direct examination: 1.5 hour.

Mr. William Harvey is a licensed real estate appraiser, a member of the Appraisal

Institute, and an AQB Certified USPAP Instructor. Mr. Harvey will testify regarding the

current use value of the Quapaw land, and why given the extensive environmental

contamination with hazardous substances from past mining activities, the land has a

negative value. Mr. Harvey will also testify about the current fair market value of the

rights-of-way across Quapaw land, based on his analysis of comparable sales. Mr.

Harvey will testify to any other matters covered in his expert and rebuttal reports and

deposition.

12.   **Dr. Richard Howitt**
      ERA Economics
      1111 Kennedy Place, Suite #4
      Davis, CA  95616

Telephone:  (Contact through Quapaw counsel)

Estimated time for direct examination: 1.5 hour.

Dr. Richard Howitt, who obtained his doctorate in agricultural economics from the University of California at Davis, was a faculty researcher and teacher at the University of California-Davis for 35 years. Dr. Howitt will testify that the Government's expert witness's (Darren Hudson) criticisms of the Quapaw Analysis agricultural determinations are invalid. Dr. Howitt will testify that Hudson's suggested changes to the Quapaw Analysis have serious flaws, and are neither empirically nor theoretically justified. Dr. Howitt will also testify that the numerical values estimated in the Quapaw Analysis should not be altered based on Hudson's analysis. Dr. Howitt will also testify as to any other matters covered in his rebuttal report and deposition.

13. **Stephen Jay**
Jay & Associates, P.C.
4312 East 51st Street
Telephone:  (Contact through Quapaw counsel)

Estimated time for direct examination: 1.5 hour.

Mr. Stephen Jay has over four decades of experience as a Certified Public Accountant, and the majority of his career has been spent expressing his opinion as to the proper application and consistency of applying Generally Accepted Accounting Principles to financial statements. Mr. Jay will testify about the methodology used in the calculations to compute losses in the Quapaw Analysis. He will also testify about the principal-only computations he performed on the losses reported in the Quapaw Analysis, eliminating the compound interest amounts reported in those loss amounts. Mr. Jay will

testify as to any other matters covered in his expert report and deposition.

14.   **Governor Frank Keating**
Holland & Knight
800 17th Street, NW, Suite 1100
Washington, DC  20006
Telephone:  (Contact through Quapaw counsel)

Estimated time for direct examination: 60 minutes.

During his tenure as Governor of Oklahoma, Governor Frank Keating

commissioned the Tar Creek Superfund Task Force by executive order in recognition of

the longstanding lack of progress made at the site by the EPA in addressing human

health, safety, and environmental threats. Governor Keating will testify about the work

his Task Force did, and the conclusions reached by that Task Force, including the study

of various environmental problems associated with the Tar Creek site, such as water, soil,

air contamination, and subsidence. He will also testify that in the early 1990s, EPA was

ready to give up on restoring the water quality in the area. However, a study of Native

American children showing elevated levels of lead in the blood prompted the EPA to

elevate the status of the site. Governor Keating's Task Force also identified specific ways

the Quapaw Tribe and the State of Oklahoma could take a leadership role in identifying

solutions to the environmental devastation in the area.

15.   **Wayne E. Keheley**
Keheley & Associates, Inc.
2020 S. 640 Road
Quapaw, OK  74363
Telephone:  (Contact through Quapaw counsel)

Estimated time for direct examination: 1.5 hours.

Mr. Wayne E. (Ed) Keheley is a retired nuclear engineer, who was employed for

30 years with the federal government, retiring in 1997. Mr. Keheley was also raised in

Picher, Oklahoma, and his father worked as a miner in the Picher mining field. After

retiring, he and his wife moved back to Oklahoma and now reside near Picher. In 1999,

he became involved in assisting local governments address mining subsidence, and in

2000 he co-chaired Governor Keating's Tar Creek Task Force on subsidence, serving on

the committee analyzing Mine Shafts, Flooding and Drainage, and Chat. Mr. Keheley,

who has also performed extensive research and analysis on mining in the area, will testify

that the Quapaw were paid insufficient royalties for lead and zinc mining on their land

and underpaid mining royalties in certain time periods. He will also testify that the

Quapaw were denied royalties for the sale of reprocessed chat. Mr. Keheley will testify to

any other matters covered in his expert and rebuttal reports and deposition.

16.    **Timothy Kent**
       Quapaw Tribe of Oklahoma (O-Gah-Pah)
       5681 South 630 Road
       Quapaw, OK  74363
       Telephone:  (Contact through Quapaw counsel)

       Estimated time for direct examination: 1 hour.

Mr. Timothy Kent is a registered professional geologist who has worked in the

Quapaw Tribe's Environmental Department since 2002, and has headed that department

since 2004. Mr. Kent will testify that although the EPA has spent over $350 million on

the Superfund Site, the vast majority of contaminants remain in the soil, and in the water

and air, and there is little indication that the site will be adequately remediated in the

foreseeable future. Mr. Kent will further testify as to the projected costs associated with

EPA's clean-up activities, describing proposed activities and the contamination that will

remain under EPA's proposals. Mr. Kent will also testify about BIA's chat sales methods, which exacerbate existing environmental problems. Mr. Kent will testify as to any other matters covered in his expert report and deposition.

17.   **Dr. Douglas Littlefield**
      Littlefield Historical Research
      6207 Snake Road
      Oakland, CA  94611
      Telephone:  (Contact through Quapaw counsel)

Estimated time for direct examination: 1 hour.

Dr. Douglas Littlefield obtained his undergraduate degree in English literature from Brown University, his master's degree in American history at the University of Maryland, and his doctorate in American history at the University of California-Los Angeles. Dr. Littlefield has done significant work in the history of mining on Quapaw lands from the 1890s to the 1950s, which he will testify about at trial. He will testify that historical records show that the mining companies paid very high royalty rates to middlemen who obtained mineral leases from the Quapaws for relatively modest amounts through a process known as pyramiding. He will testify that as a result of pyramiding, while the Quapaw owner received a 5% royalty rate, the middlemen would receive 25–30% or more in royalty earnings; and this unfair process was allowed to occur by the BIA. Dr. Littlefield will testify to any other matters covered in his expert and rebuttal reports and deposition.

18.   **Dr. Todd Lynn**
      Thunderbird Testing, LLC
      1720 E. 137th Street
      Bixby, OK  74008
      Telephone:  (Contact through Quapaw counsel)

Estimated time for direct examination: 1 hour.

Dr. Todd Lynn obtained his undergraduate degree from the Tennessee Technological University in civil engineering, and his master's degree and doctorate in civil engineering from Auburn University. Dr. Lynn has worked as a professional engineer in the heavy highway construction industry for 20 years, and during that time he has worked frequently with the use of chat for asphalt mixture materials. Dr. Lynn will testify that the Quapaw were underpaid royalties or received nothing at all for their chat from 1924–1996, based on the BIA's failure to obtain fair market value for the chat. Dr. Lynn will testify to any other matters covered in his expert and rebuttal reports and deposition.

19.   **Kevin W. Nunes**
      Rocky Hill Advisors
      7 Essex Green Drive
      Peabody, MA  01960
      Telephone:  (Contact through Quapaw counsel)

Estimated time for direct examination: 1.5 hours.

Mr. Kevin Nunes obtained his degree in accounting from Salem State College, and is a licensed Investment Advisor Representative, with over 15 years of securities and investment experience. Mr. Nunes has also been involved in applying investment portfolio strategies for use in calculating Indian breach of trust damages, including in cases in this Court. Mr. Nunes will testify that he performed the investment earnings calculations for each item of damages at issue in this litigation by applying Rocky Hill Advisor's investment model. He will also testify about what the investment earnings

should have been on the various claims in the case, using the investment instruments used by the federal government in the relevant time periods. Mr. Nunes will testify to any other matters covered in his expert and rebuttal reports and his deposition.

20.　**Karole Overberg**
　　3480 Thunderhead Drive
　　Lake Havasu City, AZ  86406
　　Telephone:  (Contact through Quapaw counsel)

　　Estimated time for direct examination: 30 minutes.

　　Mr. Karole Overberg, who is now retired, worked for the Bureau of Indian Affairs for 29 years. During his tenure, he was involved in a wide variety of positions concerning tribal realty issues. Mr. Overberg also served as a member of the Quapaw Information Systems (QIS) team, working specifically to collect and catalog documents from federal repositories and worked as a member of the team in preparing the Quapaw Analysis. Mr. Overberg will testify as to the BIA's trust obligations owed to restricted landowners, and will also testify about the BIA's land leasing and permitting system. He will also testify why he believes that the BIA failed to timely and fully collect a significant percentage of rental payments owed to the Quapaw, and he will also testify that he believes the Quapaw Analysis properly analyzes the losses the Quapaw incurred resulting from the BIA's failure to properly collect town lot rents. Mr. Overberg will testify as to any other matters covered in his expert report, rebuttal report, and deposition.

21.　**Trenton Stand**
　　Quapaw Tribe of Oklahoma (O-Gah-Pah)
　　5681 S. 630 Road
　　Quapaw, OK  74363
　　Telephone:  (Contact through Quapaw counsel)

Estimated time for direct examination: 1 hour.

Mr. Trenton Stand is the Realty Director for the Quapaw Tribe. Consistent with his expert witness disclosure and his rebuttal disclosure, Mr. Stand will testify about realty issues as they relate to the claims in this case, such as location of Indian and tribal lands, realty records, leasing and leasing compliance, town lots, agriculture and grazing leasing, rights of ways, the Industrial Park and Catholic Forty, Quapaw chat, locations of leases and rights of way, boundaries and topographic features of the Quapaw lands, historical features of the Quapaw area (including town sites), the federal land buy-back program, the Tribe's relationship with the BIA on realty issues, the location of environmental contamination and chat piles on tribal land, and the creation and use of the GIS database as they relate to these issues. Mr. Stand will testify as to the issues identified in his disclosures and addressed in his deposition.

**Witnesses who may testify:**

22.   **Brandon Everett Bandy**
      Quapaw Tribe of Oklahoma (O-Gah-Pah)
      P.O. Box 765
      Quapaw, OK  74363
      Telephone:  (Contact through Quapaw counsel)

      Estimated time for direct examination: 30 minutes.

Mr. Brandon Everett Brandy is a member of the Quapaw Tribe and director of the Historic Preservation Office. Mr. Bandy may testify to the present-day culture and traditions of the Quapaw Tribe.

23.   **Garet Couch**
      Wind Environmental Services, LLC
      1 E. School Street

Boone Terre, MO  63628
Telephone:  (Contact through Quapaw counsel)

Estimated time for direct examination: 15 minutes.

Mr. Garet Couch is a certified Geographic Information System (GIS) professional (GISCI). Mr. Couch provides GIS services to the Tribe, and in connection with his work for the Tribe, he identified, acquired, and compiled data. His data that relate to the claims in this litigation will be used to produce exhibits at trial. Mr. Couch may be called to testify to authenticate any exhibits he prepares for use at trial or to describe the underlying data represented in the exhibits. Mr. Couch may testify as to any other matters covered in his expert report and deposition.

24.    **Thomas Crawfish Mathews**
        65400 E. 30 Road
        Quapaw, OK  74363
        Telephone:  (Contact through Quapaw counsel)

Estimated time for direct examination: 30 minutes.

Mr. Thomas Crawfish Mathews is a member of the Quapaw Tribe and Vice-Chairman of the Quapaw Tribe. Mr. Mathews is a descendant of Harry Crawfish and active member of the Tribe. He may testify to the interactions between the Tribal government and the BIA. Mr. Mathews may also testify about the mismanagement of his family's land, in particular his grandmother's (Florence Mathews') land and the problems with the Government's management of the land and the chat. Mr. Mathews may also testify about the present-day cultural traditions of the Quapaw Tribe.

25.    **George R. "Ranny" McWatters, Jr.**
        5500 S. 630 Road
        Quapaw, OK 74363

Telephone: (Contact through Quapaw counsel)

Estimated time for direct examination: 30 minutes.

Mr. Ranny McWatters is a member of the Quapaw Tribal Business Committee. He

owns restricted land in the Quapaw reservations and may testify to problems he has

experienced with the federal government in its management of his restricted land and

mineral interests. He also may testify on matters of Quapaw history and culture.

26.   **Rebecca Pebeahsy**
      3276 S. Hudson Ave., Apt. 92
      Tulsa, OK  74135
      Telephone:  (Contact through Quapaw counsel)

Estimated time for direct examination: 30 minutes.

Ms. Rebecca Pebeahsy is a member of the Quapaw Tribe and was a document

specialist for the Quapaw Information Systems team. Ms. Pebeahsy may testify about the

document collection for the Quapaw Analysis and the drafting of the Quapaw Analysis.

She may also testify about the problems in obtaining documentation from the

Government for use in preparing the Quapaw Analysis.

27.   **Tamara Smiley Reeves**
      Quapaw Tribe of Oklahoma (O-Gah-Pah)
      P.O. Box 765
      Quapaw, OK  74363
      Telephone:  (Contact through Quapaw counsel)

Estimated time for direct examination: 30 minutes.

Ms. Tamara Smiley Reeves is a member of the Quapaw Tribe and is the Secretary-

Treasurer of the Quapaw Tribe. She is the former Tribal Administrator and Chairwoman.

Ms. Reeves may testify about the Quapaw Tribe's struggle to obtain self-governance. She

may also testify about the importance of Quapaw tribal lands, the LICRA trust, and

Indian land consolidation efforts.

28.    **Marilyn K. Rogers**
        Quapaw Tribe of Oklahoma (O-Gah-Pah)
        P.O. Box 765
        Quapaw, OK  74363
        Telephone:  (Contact through Quapaw counsel)

        Estimated time for direct examination: 30 minutes.

        Ms. Marilyn K. Rogers is a member of the Quapaw Tribe and on the Tribal

Business Committee. Ms. Rogers worked as the compliance officer when the Tribe took

over realty functions under self-governance and will testify about the difficulties in

receiving and poor conditions of the BIA's realty records during the transfer from the

BIA to the Tribe under self-governance. Ms. Rogers worked on town lots as a realty

employee after taking the function from the BIA and may testify about collection and

compliance problems resulting from the BIA's mismanagement. Ms. Rogers may also

testify about the historic mismanagement and bad-faith by the government, in particular

the bad-faith distribution of IIM funds.

        In addition, the Quapaw have filed a separate list of the witnesses who will testify

in Miami, Oklahoma, September 21 and 22, 2016.

                                          Respectfully submitted,

August 26, 2016                           s/  Nancie G. Marzulla
                                          Nancie G. Marzulla
Of counsel:                               Roger J. Marzulla
                                          MARZULLA LAW, LLC
Stephen R. Ward, Esq.                     1150 Connecticut Avenue, N.W.

John L. Williams, Esq.
Conner & Winters, LLP
4000 One Williams Center
Tulsa, Oklahoma  74172-0148
(918) 586-8978 (telephone)
(918) 586-8698 (facsimile)
sward@cwlaw.com
jwilliams@cwlaw.com

Suite 1050
Washington, D.C. 20036
(202) 822-6760 (telephone)
(202) 822-6774 (facsimile)
nancie@marzulla.com
roger@marzulla.com

Counsel for Plaintiffs/Claimants